DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

LEON WILDER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-1115

_____

March 27, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Christine A. Marlewski, Judge.

Leon Wilder, pro se.

PER CURIAM.

    Affirmed.

SILBERMAN, LUCAS, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.